IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED TOLIVER,

        Plaintiff,                      No. CIV S-06-0273 FCD DAD P

    vs.

K.M. POWERS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 16, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 16, 2006, are adopted in full;

2. Plaintiff's claims for damages against parole board members are dismissed with prejudice because those defendants are immune from such relief; and

3. Plaintiff's remaining claims are dismissed without prejudice for failure to state a claim that is cognizable at the present time.

DATED: December 19, 2006.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE