IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED TOLIVER,

    Plaintiff,                  No. CIV S-06-0273 FCD DAD P

    vs.

K.M. POWERS, et al.,

    Defendants.          <u>ORDER</u>

                            /

        Plaintiff is a state prisoner who proceeded pro se with a civil rights action seeking monetary damages. Plaintiff has filed a notice of appeal and an application for certificate of appealability. Plaintiff's appeal has been processed. Plaintiff's January 16, 2007 application for certificate of appealability will be denied because a certificate of appealability is not required in order to appeal from an adverse judgment in a civil rights action.

        IT IS SO ORDERED.

DATED: January 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
toli0273.coa